United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**25-cv-06261-SIL**

1) indicated that this case is related to the following case(s):

**25-cv-06071-JMW**
**25-cv-06086-OEM-ARL**
**25-cv-06147-LGD**
**25-cv-06209-SJB-SIL**

OR

2) was directly assigned as a Pro Se case as related to

